## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JUSTIN MUELLER, CRAIG BOLTE,
LARRY BLACK, and JOSHUA MERTZ,

            Plaintiffs,

v.

CHAD MESOJEDEC, NICHOLAS LAMMI, CHRISTINE SELL, STEVE SAYOVITZ, SANDRA BRYANT, MANDY TORGERSON, KEVIN MOSER, and PETER PUFFER,

            Defendants.

Case No. 17-cv-1470 (NEB/TNL)

**REPORT AND RECOMMENDATION**

In an order dated November 9, 2018, this Court ordered Plaintiffs to submit properly completed Marshal Service Forms for each Defendant. *See* Order 1–2, ECF No. 14. Plaintiffs were given until December 9, 2018, to submit the Marshal Service Forms, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Court also ordered Plaintiffs Justin Mueller, Craig Bolte, and Larry Black to provide the Court their current addresses. ECF No. 14.

That deadline has now passed, and Plaintiffs have not submitted the Marshal Service Forms. Plaintiffs Mueller, Bolte, and Black have also not provided the Court their current addresses. In fact, Plaintiffs have not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for

failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: December 20, 2018                    *s/ Tony N. Leung*

Tony N. Leung
United States Magistrate Judge

*Mueller et al v. Mesojedec et al*
Case No. 17-cv-1470 (NEB/TNL)

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).